jury's finding that [the snowplow driver] acted with reckless disregard for the safety of others." The record is devoid of evidence supporting the verdict finding defendant driver guilty of operating a snowplow recklessly within the meaning of Vehicle and Traffic Law § 1103 (b) (*see Riley v County of Broome*, 95 NY2d 455, 465-466 [2000]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.

In the Matter of ANTHONY ANDERSON, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted August 8, 2005; decided October 27, 2005

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of COOKE CENTER FOR LEARNING AND DEVELOPMENT, Appellant, v RICHARD P. MILLS, as Commissioner of Education of the State of New York, et al., Respondents.

Submitted August 8, 2005; decided October 27, 2005

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as affirmed Supreme Court's order denying appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of EASTPORT ALLIANCE et al., Respondents, v JACKIE LOFARO et al., Appellants, and H.T.L., LLL, Respondent.

Submitted July 25, 2005; decided October 27, 2005

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 73, at 452 [3d ed]).

---

In the Matter of EASTPORT ALLIANCE et al., Respondents, v JACKIE LOFARO et al., Respondents, and H.T.L., LLL, Appellant.

Submitted August 1, 2005; decided October 27, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

---

MARIANNE J. KELLY, Respondent, v JOHN M. KELLY, Appellant.

Submitted October 17, 2005; decided October 27, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

---

JOHN LIERE et al., Appellants, v WIDE AWAKE FARMS, LLC, et al., Respondents.

Submitted August 8, 2005; decided October 27, 2005

Motion, insofar as it seeks leave to appeal as against Wide Awake Farms, LLC, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

---

RITA LIFSHITS, Respondent, v VARIETY POLY BAGS et al., Appellants.

Submitted August 8, 2005; decided October 27, 2005